## Commonwealth *v.* Craven, Appellant.

Argued June 11, 1974. *George T. Guarnieri*, for appellant; *James Garrett*, Assistant Dis-

trict Attorney, with him *Mark Sendrow, David Rich-
man,* and *Steven Goldblatt,* Assistant District Attor-
neys, *Abraham J. Gafni,* Deputy District Attorney,
*Richard A. Sprague,* First Assistant District Attorney,
and *F. Emmett Fitzpatrick,* District Attorney, for
Commonwealth, appellee.

Judgment of sentence affirmed.